# EXHIBIT A

 **CT Corporation**

**Service of Process Transmittal**
02/25/2016
CT Log Number 528715639

**TO:** Joseph I Goldstein, General Counsel
Signature Flight Support Corporation
201 S. Orange Ave., Signature Plaza
Suite 1100
Orlando, FL 32801

**RE:** Process Served in Illinois

**FOR:** Aircraft Service International, Inc. (Domestic State: DE)

ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

| | |
|---|---|
| **TITLE OF ACTION:** | SALVADOR SEPULVEDA, Pltf. vs. AIRCRAFT SERVICE INTERNATIONAL INC., etc., Dft. |
| **DOCUMENT(S) SERVED:** | Summonses, Complaint |
| **COURT/AGENCY:** | Cook County Circuit Court - County Department - Law Division, IL<br>Case # 2016L001802 |
| **NATURE OF ACTION:** | Personal Injury - Vehicle Collision - 11/19/2015 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Chicago, IL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 02/25/2016 at 09:30 |
| **JURISDICTION SERVED:** | Illinois |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service, not counting the day of service |
| **ATTORNEY(S) / SENDER(S):** | Keith L. Young<br>333 West Wacker Drive Suite 500<br>Chicago, IL Chicago<br>(312) 807 - 4777 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 02/26/2016, Expected Purge Date: 03/02/2016<br><br>Image SOP<br><br>Email Notification, Michelle Dadisman  michelle.dadisman@us.bbaaviation.com<br><br>Email Notification, Joseph I Goldstein  JOE.GOLDSTEIN@SIGNATUREFLIGHT.COM<br><br>Email Notification, Iain Simm  isimm@bbaaviation.com<br><br>Email Notification, Theresa Kassim  theresa.kassim@us.bbaaviation.com<br><br>Email Notification, Jeffrey Bankowitz  Jeffrey.bankowitz@us.bbaaviation.com |
| **SIGNED:**<br>**ADDRESS:**<br><br>**TELEPHONE:** | C T Corporation System<br>208 South LaSalle Street<br>Suite 814<br>Chicago, IL 60604<br>312-345-4336 |

Page 1 of 1 / AD

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

| 2120 - Served | 2121 - Served | |
|---|---|---|
| 2220 - Not Served | 2221 - Not Served | |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |
| **SUMMONS** | **ALIAS - SUMMONS** | (2/28/14) CCG N001 |

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, LAW DIVISION

No. 2016L001802
CALENDAR/ROOM H
TIME 00:00
PI Motor Vehicle

SALVADOR SEPULVEDA

(Name all parties)

v.

AIRCRAFT SERVICE INTERNATIONAL INC D/B/A AIRCRAFT SERVICE INTERNATIONAL GROUP

C T CORPORATION SYSTEM

208 SOUTH LASALLE SUITE 814

CHICAGO ILLINOIS 60604

## ● SUMMONS   ○ ALIAS SUMMONS

**To each Defendant:**

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

- ● Richard J. Daley Center, 50 W. Washington, Room 802, Chicago, Illinois 60602
- ○ District 2 - Skokie  
  5600 Old Orchard Rd.  
  Skokie, IL 60077
- ○ District 3 - Rolling Meadows  
  2121 Euclid  
  Rolling Meadows, IL 60008
- ○ District 4 - Maywood  
  1500 Maybrook Ave.  
  Maywood, IL 60153
- ○ District 5 - Bridgeview  
  10220 S. 76th Ave.  
  Bridgeview, IL 60455
- ○ District 6 - Markham  
  16501 S. Kedzie Pkwy.  
  Markham, IL 60428
- ○ Child Support  
  28 North Clark St., Room 200  
  Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

**To the officer:**

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

Atty. No.: 24511
Name: Keith L. Young
Atty. for: Salvador Sepulveda
Address: 333 West Wacker Drive Suite 500
City/State/Zip: Chicago, Illinois 60606
Telephone: (312) 807 - 4777

WITNESS, FEB 19 2016

DOROTHY BROWN
Clerk of Court

Date of service: _____
(To be inserted by officer on copy left with defendant or other person)

Service by Facsimile Transmission will be accepted at: _____
(Area Code) (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**



DOC. TYPE: LAW
CASE NUMBER: 16L001802
DEFENDANT
AIRCRAFT SERVICE INTERNATIONAL INCRM 802 CT (
208 S LASALLE
CHICAGO, IL 60604
814

DIE DATE
03/12/2016

SERVICE INF

ATTACHED

Case: 1:16-cv-03558 Document #: 1-1 Filed: 03/24/16 Page 5 of 6 PageID #:11



IN THE CIRCUIT COURT OF COOK COUNTY ILLINOIS

COUNTY DEPARTMENT LAW DIVISION

| | |
|---|---|
| SALVADOR SEPULVEDA, | ) |
| Plaintiff, | ) |
| V. | ) |
| AIRCRAFT SERVICE INTERNATIONAL INC., D/B/A AIRCRAFT SERVICE INTERNATIONAL GROUP, | ) ) ) ) |
| Defendant | ) |

FILED
2016 FEB 19 PM 2:17
DOROTHY BROWN
CLERK OF CIRCUIT COURT
LAW DIVISION

2016L001802
CALENDAR/ROOM H
TIME 00:00
PI Motor Vehicle

**COMPLAINT AT LAW**

Now comes the Plaintiff, Salvador Sepulveda, by his attorney, Keith L Young and complaining of the Defendant, Aircraft Service International Inc., d/b/a Aircraft Service International Group (hereinafter ASIG) states as follows:

1. That on and prior to November 19, 2015, the Plaintiff, Salvador Sepulveda was employed as a crew chief by American Airlines at O'Hare Airport in Chicago, Illinois.

2. That on November 19, 2015, the Plaintiff, Salvador Sepulveda was loading an American Airlines jet from a tractor for departure.

3. That on November 19, 2015, the Defendant, ASIG through its driver was operating a fueling truck in the vicinity of the American Airlines jet that the Plaintiff was loading.

4. That as the ASIG driver was driving the fuel truck, he backed the fuel truck and struck the Plaintiff, causing him injury.

5. That it was the duty of the ASIG driver to use ordinary care while operating the ASIG fuel truck. It further was the duty of the driver to keep a proper lookout for other workers in the area and to use a guideman while backing the truck.

6. That despite said duty, the ASIG driver was then and there guilty of one or more of the following negligent acts or omissions:

   a. failed to keep a proper lookout;

b. backed his fuel truck when he was unable to see behind the truck;

c. failed to use a guideman while backing the truck;

d. failed to alert workers in the area that he was backing his truck.

7. That as a direct and proximate result of one or more of the above mentioned negligent acts or omissions of the Defendant, ASIG, the Plaintiff was struck by the ASIG truck and sustained injuries, experienced pain and suffering and disability and disfigurement, incurred medical expenses, and lost wages and other benefits.

Wherefore, the Plaintiff, Salvador Sepulveda, prays for damages from the Defendant, ASIG in amount in excess of $50,000 plus costs.

Keith L Young

333 West Wacker Drive
Suite 500
Chicago, Illinois 60606
(312) 807 - 4777